# IN THE UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* ANN KEATING <br><br> Plaintiffs, <br><br> v. <br><br> LONDON BRIDGE TRADING CO. LTD., ATLANTIC DIVING SUPPLY, INC., and DAVID BOHANNON <br><br> Defendants. | Civil Action No. 2:16-cv-875 <br><br> Judge Sargus <br><br> Magistrate Judge Jolson <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** <br><br> **DO NOT SERVE** |

## PROOF OF SERVICE OF COMPLAINT PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, the undersigned hereby certifies that a copy of the complaint was served via certified mail upon the United States Attorney General and the United States Attorney for the Southern District of Ohio on September 12, 2016.

Respectfully submitted,

Of Counsel:

Jeremiah A. Denton III
Jeremiah A. Denton IV
Jeremiah A. Denton III, P.C.
477 Viking Drive, Suite 100
Virginia Beach, VA 23452
Tel: 757/340-3232
Fax: 757/340-4505
jerry@jeremiahdenton.com
jake@jeremiahdenton.com

_____
Frederick M. Morgan, Jr. (0027687)
Trial Attorney
Jennifer M. Verkamp (0067198)
Morgan Verkamp LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 651-4400
Fax: (513) 651-4405
rmorgan@morganverkamp.com
jverkamp@morganverkamp.com

*Counsel for Relator Ann Keating*

**DO NOT SERVE**
**FALSE CLAIMS ACT COMPLAINT FILED UNDER SEAL**