```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN029409
Cashier ID: earlj
Transaction Date: 09/12/2016
Payer Name: Morgan Verkamp LLC
--------------------------------
CIVIL FILING FEE
 For: Morgan Verkamp LLC
 Case/Party: D-OHS-2-16-CV-000875-001
 Amount:         $400.00
--------------------------------
CHECK
 Remitter: Morgan Verkamp LLC
 Check/Money Order Num: 3323
 Amt Tendered:  $400.00
--------------------------------
Total Due:        $400.00
Total Tendered: $400.00
Change Amt:      $0.00


A fee of $53.00 will be assessed on
all returned checks.
```