# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* ANN KEATING, | ) ) ) Civil Action No. 2:16-cv-875 |
| Plaintiffs, | ) ) Judge Sargus ) Magistrate Judge Jolson |
| v. | ) ) |
| LONDON BRIDGE TRADING CO. LTD., ATLANTIC DIVING SUPPLY, INC., and DAVID BOHANNON, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The United States and Relator Ann Keating having filed a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED as follows:

This matter is hereby dismissed with prejudice as to Relator; with prejudice as to the United States as to the Covered Conduct defined in the Settlement Agreement entered by the parties thereto; and without prejudice as to the United States as to all other claims. This Court retains jurisdiction to administer, interpret and enforce the Settlement Agreement, including any disputes, claims and/or causes of action relating to the Settlement Agreement and the payments required thereunder and as to Relator's claims for expenses, attorney's fees, and costs pursuant to 31 U.S.C. §3730(d), which claims remain pending and have not been resolved.

s/Edmund A. Sargus, Jr.
UNITED STATES DISTRICT JUDGE

Dated: 11/2/2023, 2023